IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALONZO M. HUNTER, | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | NO. 4:20-cv-01677 |
| | § | |
| MCOM ASSET REVIVAL MANAGEMENT LLC and MEHTA INVESTMENTS LTD. | § | JURY DEMANDED |
| | § | |
|    Defendants. | § | |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff files his notice of dismissal of MCOM ASSET REVIVAL MANAGEMENT LLC and MEHTA INVESTMENTS LTD., under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. Plaintiff is Alonzo M. Hunter. Defendants are MCOM ASSET REVIVAL MANAGEMENT LLC and MEHTA INVESTMENTS LTD.

2. On May 13, 2020, Plaintiff sued Defendants. As of this date, Defendants have not filed an answer nor otherwise appeared in this action.

3. On July 29, 2020, Plaintiff and Defendants reached an agreement to settle all claims between the Parties.

4. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

8. Defendants are hereby dismissed from this claim.

9. This dismissal is <u>with prejudice</u>.

    Respectfully submitted,

*/s/John A. Sullivan, III*
John A. Sullivan III
State Bar No. 19483500
Fed. I.D. No.  1398
jsullivan@fso-lawprac.com
9894 Bissonnet Street, Ste. 865
Houston, Texas 77036
(713) 236-1400 (Telephone)
(713) 236-1706 (Facsimile)

ATTORNEY FOR PLAINTIFF
ALONZO M. HUNTER

OF COUNSEL:

Robert J. Filteau
State Bar No. 06997300
Fed. I.D. No. 3540
rfilteau@fso-lawprac.com
9894 Bissonnet Street, Suite 865
Houston, Texas  77036
(713) 236-1400 (Telephone)
(713) 236-1706 (Telecopier)

And

THE LAW OFFICES OF FILTEAU & SULLIVAN, LTD., LLP
9894 Bissonnet Street, Ste. 865
Houston, Texas 77036
(713) 236-1400 (Telephone)
(713) 236-1706 (Facsimile)

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the attached Plaintiff's Notice of Dismissal has been forwarded to the Defendants, via filing on the Court's electronic filing system and/or certified mail, return receipt requested, and/or facsimile this the 6TH day of August, 2020 as follows:

*Via E-mail: Clayton Hearn* [chearn@rmwbh.com](mailto:chearn@rmwbh.com)
Clayton R. Hearn
Roberts Markel Weinberg Butler Hailey PC
5307 E. Mockingbird Ln Ste 685
Dallas, Texas 75206-5301


                                         /s/ *John A Sullivan, III*
                                         John A. Sullivan, III

Case 4:20-cv-01677   Document 9   Filed on 08/06/20 in TXSD   Page 4 of 4