United States District Court
Southern District of Texas
**ENTERED**
August 11, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Alonzo M. Hunter, | § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No.   H-20-1677 |
| | § | |
| MCOM Asset Revival Management LLC, et al, | § § | |
| Defendants. | § | |

ORDER

Pursuant to the Notice of Dismissal With Prejudice filed on August 6, 2020 the above referenced case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk shall send a true copy to all counsel of record.

Signed this __7__ day of August, 2020.

DAVID HITTNER
United States District Judge